EAG:ILB
F. #2022R00257

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DESTIN BURKS,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 1:22-cr-00239 (MKB)(SJB)
(T. 18, U.S.C., §§ 111(a)(1), 111(b), 113(a)(6) and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Assaulting a Federal Officer)

1.    On or about January 28, 2022, within the Eastern District of New York and elsewhere, the defendant DESTIN BURKS did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with a person who was an officer and employee of an agency in a branch of the United States Government, to wit: John Doe, an individual whose identity is known to the Grand Jury, who was a Corrections Officer with the Federal Bureau of Prisons at the Metropolitan Detention Center in Brooklyn, New York, while John Doe was engaged in and on account of the performance of official duties, and did thereby inflict bodily injury upon John Doe.

(Title 18, United States Code, Sections 111(a)(1), 111(b) and 3551 et seq.)

## COUNT TWO
(Assault Causing Serious Bodily Injury)

2. On or about January 28, 2022, within the Eastern District of New York and elsewhere, and within the territorial jurisdiction of the United States, the defendant DESTIN BURKS did knowingly and intentionally assault John Doe, resulting in serious bodily injury.

(Title 18, United States Code, Sections 113(a)(6) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2022R00257

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*DESTIN BURKS*,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 111(a), (b), 113(a)(6), and 3551 et seq.)

*A true bill.*

_____ *Edmunde* _____

Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

Clerk

Bail, $ _____

*Ivory L. Bishop, Jr., Assistant U.S. Attorney (718) 254-6064*